

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*33 Whitehall Street*     *(212) 510-0500*
*21st Floor*     *Fax: (212) 668-2255*
*New York, New York 10004*

**CONVERTED CASE MEMORANDUM**

TO:     Case Administration-Judge Team for Judge **Gonzalez**
          New York, New York

FROM:    Tracy Hope Davis
          United States Trustee

PREPARED BY:   Mary V. Moroney

DATE:    April 21, 2011

RE:      Appointment of Chapter 7 Trustee - Converted Case From Chapter <u>11</u> case to Chapter <u>7</u> - And Scheduling of Section 341(a) Meeting To Be Noticed by Clerk's Office

------------------------------------------------------------------

     The below listed case has been reviewed.

     **Roy Babitt** has been selected as the interim trustee for the case. His address is **Windels Marz Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019. Telephone (212) 237-10000 Fax (212)262-1215.**

     The 341(a) meeting for the case will be held at **80 Broad Street, Fourth Floor, New York, New York 10004-1408 on <u>June 13, 2011</u>** at the time indicated below:

<u>CONVERTED CHAPTER (11) CASE TO CHAPTER 7 CASE</u>

**11:00 A.M.**

Hilary & Michele Hair Extension Studio          10-16150(AJG)

```
                   UNITED STATES BANKRUPTCY COURT
                   SOUTHERN DISTRICT OF NEW YORK
```

In Re

Hilary & Michele Hair Extension Studio,     10-16150(AJG)


    Debtor(s).

---

APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

---

    **Roy Babitt** of New York, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s).  See 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office.  See 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.


Dated:  New York, New York
       April 21, 2011

                              <u>Tracy Hope Davis</u>
                              Tracy Hope Davis
                              United States Trustee
                              33 Whitehall Street, 21st Floor
                              New York, New York  10004